IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02655-RPM-KLM

BMO HARRIS BANK N.A.,

     Plaintiff,

v.

IN & OUT LEASING, LLC,
IN & OUT CUSTOM HAULING, LLC, and,
MATTHEW FROST,

     Defendants.

_____

ORDER FOR ENTRY OF JUDGMENT
_____

Pursuant to the Recommendation of United States Magistrate Judge Kristen L.

Mix, filed on January 24, 2018, the Court finds and concludes in accordance with the

findings and conclusions of Magistrate Judge Mix, incorporated by this reference, and it

is therefore

ORDERED that the Clerk shall enter judgment in favor of the plaintiff BMO Harris

Bank N.A. and against the defendants In & Out Leasing, LLC, In & Out Custom Hauling,

LLC, and Matthew Frost in the principal amount of $85,524.03, interest accrued in the

amount of $14,324.60 plus $42.76 per day from July 26, 2017 until issuance of the

Order on the Motion [#14], attorney's fees and costs in the amount of $4,630.65, and

late fees in the amount of $1,081.92.

     Dated: January 26, 2018

                             BY THE COURT:
                             s/Richard P. Matsch

                             _____
                             Richard P. Matsch, Senior District Judge